# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**FILED** JUN 18 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

DANIEL CURTIS BALLINGER, Petitioner,

*Plaintiff(s)*
v.
JENNIFER SAAD, Warden, Respondent.

Civil Action No. 5:17-CV-158

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:
☐ Judgment award  ☐ Judgment costs  ☒ Other

other: Pursuant to FRCP 58, the Clerk is directed to enter judgment on this matter.

This action was:
☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation of the Magistrate Judge is AFFIRMED and ADOPTED; the Writ of Habeas Corpus under 28 U.S.C. Section 2241 is DENIED; Respondent's motion to dismiss or, in the alternative, for summary judgment is GRANTED and this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court.

Date: June 18, 2018

*CLERK OF COURT*
Cheryl Dean Riley

By: *[signature]*
*Signature of Clerk or Deputy Clerk*